UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA

       Plaintiff,

    v.

JUAN ANTONIO MOLINA-ABARCA, et al.,

       Defendant.

NO. CR09-5452RJB

Order Denying Defendant
Camarena's Motion for Discovery
Related to Vehicle Trackers

This matter comes before the court on the above-referenced motion (Dkt. 344), which the court deems to be filed on behalf of all defendants pursuant to the Procedural and Scheduling Order filed herein (Dkt. 176). The court is familiar with the records and files herein and documents filed in support of and in opposition to the motion.

This motion should be denied for the reasons stated in the government's response (Dkt. 368). If specific information as to what the tracker devices indicated is relevant to any defendant's defense position, the parties should first consider stipulating as to such facts. In the event that the government does offer evidence regarding information found by the use of mobile tracking devices, it should be prepared to show the scientific validity of such information. The motion, however, is overbroad and should be denied.

IT IS SO ORDERED.

Dated this 4th day of January, 2010.

ROBERT J. BRYAN
United States District Judge